IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| GWENDOLYN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 126-008 |
| | ) | |
| STANDARD FIRE INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff's counsel has not made an appearance after removal despite notice from the Clerk of Court on January 12, 2026, of the requirement to do so by the deadline of ten days after issuance of the notice. (<u>See</u> doc. no. 2.) By no later than Tuesday, February 3, 2026, Plaintiff's counsel shall file a notice of appearance or a notice identifying any substitute counsel. The Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's counsel by email and by U.S. Mail.

SO ORDERED this 27th day of January, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA