**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA AUGUSTA DIVISION**

GWENDOLYN SMITH, *
*
Plaintiff, *
*
v. * CV 126-008
*
STANDARD FIRE INSURANCE CO., *
*
Defendant. *

**O R D E R**

The July 14, 2026 Revised Scheduling Order directed the parties to file a Joint Status Report by September 14, 2026, concerning the opportunity to engage in mediation prior to filing summary judgment motions. (Doc. 14.) The deadline for the parties to file the Joint Status Report as set forth in the Court's Revised Scheduling Order has passed. However, no Joint Status Report has been filed. Accordingly, the Court **ORDERS** the parties to file a Joint Status Report in accordance with the Court's July 14th Order within **SEVEN DAYS** of the entry of this Order.[1]

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of September, 2026.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

[1] A sample Joint Status Report is attached to this Order.